UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-21650-CIV-MORENO/TORRES

CHARLENE I. JOHNSON,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL, AND MOTION FOR PROTECTIVE ORDER [DE 18] AND MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL [DE 17]**

Defendant ROYAL CARIBBEAN CRUISES, LTD., by and through its undersigned counsel, hereby gives notice of filing Supplemental Authority in Support of its pending Motion to Stay Discovery pending Resolution of Defendant's Motion to Disqualify Plaintiff's Counsel, and Motion for Protective Order [DE 18], and Defendant's Motion to Disqualify Plaintiff's Counsel, John Aronson [DE 17], and states:

1. At present there are three (3) cases in which Plaintiffs are represented by attorney Jim Walker, and in which attorney John Aronson recently entered an appearance as co-counsel. These are:

    (a) *Kevin Chambers v. Royal Caribbean Cruises Ltd.*
        Case No. #09-74578-CA-13 CA 05;

    (b) *Rosemarie Hernandez v. Royal Caribbean Cruises, Ltd.*
        Case No.: 10-21636-CIV-HUCK/O'SULLIVAN; and

    (c) *Charlene I. Johnson v. Royal Caribbean Cruises Ltd.*
        Case No.: 10-21650-CIV-MORENO/TORRES.

**MASE, LARA, EVERSOLE, P.A.**

CASE NO.: 10-21650-CIV-MORENO/TORRES

2. In *Chambers*, which is pending in Miami-Dade County Circuit Court, Judge Pedro Echarte has stayed proceedings for sixty (60) days pending resolution of Defendant's Motion to Disqualify.[1]

3. A copy of Judge Echarte's Order entered yesterday is attached hereto, and being filed for the Court's consideration in connection with Defendant's pending Motion to Stay.

Respectfully submitted,

MASE LARA EVERSOLE, P.A.
*Attorneys for Defendant*
SBS Tower
2601 South Bayshore Drive,
Suite 800
Miami, Florida 33133
Tel. No.: (305) 377-3770
Fax No.: (305) 377-0080

By:  /s/ Curtis J. Mase
CURTIS J. MASE
Florida Bar No.: 478083
cmase@mletrial.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2010, I filed this document electronically. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

 /s/ Curtis J. Mase
Curtis J. Mase

---

[1] The Motion to Disqualify is currently set for hearing on September 7, 2010.

CASE NO.: 10-21650-CIV-MORENO/TORRES

**SERVICE LIST**
**CHARLENE I. JOHNSON v. ROYAL CARIBBEAN CRUISES, LTD.**
**Case No.: 10-21650-CIV-MORENO/TORRES**
**SOUTHERN DISTRICT COURT OF FLORIDA**
**MIAMI DIVISION**

James M. Walker, Esq.
*Co-Counsel for Plaintiff*
Walker & O'Neill, P.A.
7301 S.W. 57th Court, Suite 430
South Miami, FL  33143
Telephone:  (305) 995-5300
Facsimile:  (305) 995-5310
**Email: jwalker@cruiselaw.com**

Jonathan Aronson, Esq.
*Co-Counsel for Plaintiff*
Aronson Law Firm
P.O. Box 565130
Miami, FL  33256
Telephone:  (305) 665-8626
Facsimile:  (305) 665-3429
**Email: jaronson@aronsonlawfirm.com**

Sanford Lewis Bohrer
*Co-Counsel for Defendant*
Holland & Knight
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Telephone: (305) 789-7678
Facsimile: (305) 679-6335
**Email: sbohrer@hklaw.com**

Robert Michael Klein
*Counsel for Movant*
Stephens Lynn Klein. P. L.
9130 S Dadeland Boulevard, Penthouse I & II
Miami, FL 33156
Telephone: (305) 670-3700
Facsimile: (305) 670-8592
**Email: KleinR@stephenslynn.com**

Randy S. Ginsberg, Esq.
Royal Caribbean Cruises, Ltd.
1050 Caribbean Way
Miami, Florida 33132
Phone: 305-539-6000
Fax: 305-539-8101
**Email: rginsberg@rccl.com**