UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-21650-CIV-MORENO

CHARLENE I. JOHNSON,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

### ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE came before the Court upon the parties' Stipulation for Substitution of Counsel **(D.E. No. 15)**, filed on **July 1, 2007**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Mr. Randy Ginsberg is no longer counsel of record for this case and all further responsibilities and notices shall be served upon Mr. Curtis J. Mase, Esq. of Mase Lara Eversole, P.A.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record