UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-21650-CIV-MORENO

CHARLENE I. JOHNSON,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION TO STAY AND ORDER GRANTING MOTION FOR PROTECTIVE OVER

THIS CAUSE came before the Court upon Defendant's Motion to Stay Discovery Pending Resolution of Motion to Disqualify Plaintiff's Counsel and Motion for Protective Order and To Quash Subpoena **(D.E. No. 18)**, filed on **July 2, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion to stay is GRANTED. The Court hereby STAYS all pretrial deadlines, the trial date, and discovery until the resolution of Defendant's Motion to Disqualify **(D.E. No. 17)**, filed on **July 2, 2010**. See *I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1552 n.13 (11th Cir. 1986) (indicating that district courts have the "general discretionary power . . . to stay proceedings in the interest of justice and in control of their dockets") (citations omitted). It is also,

**ADJUDGED** that Defendant's motion for protective order is GRANTED. The parties shall not conduct any further discovery until the Motion to Disqualify is ruled upon. See *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997) (recognizing that "district courts enjoy broad discretion in deciding how best to manage the cases before them") (citation omitted).

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2010.

                                                       FEDERICO A. MORENO
                                                     CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record