IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 10-21650-CIV-MORENO/TORRES

CHARLENE I. JOHNSON,

       **Plaintiff,**

v.

ROYAL CARIBBEAN CRUISES, LTD.,
a Liberian Corporation,

       **Defendant.**

_____/

**NOTICE OF FILING OF AFFIDAVIT OF JAMES M. WALKER**

    Plaintiff counsel, **JAMES M. WALKER** and **WALKER & O'NEILL, P.A.**, hereby files the Affidavit of James M. Walker in support of the Memorandum in Opposition to Defendant's Motion to Disqualify Plaintiff's Counsel.

| | |
|---|---|
| Dated: July 20, 2010 | Respectfully submitted, |
| Miami, Florida | /s/ James M. Walker |
| | James M. Walker |
| | Florida Bar No. 755990 |
| | WALKER & O'NEILL, P.A. |
| | Attorneys for Plaintiffs |
| | Plaza 57, Suite 430 |
| | 7301 S.W. 57th Court |
| | South Miami, Florida 33143 |
| | Tel. No.     (305) 995-5300 |
| | Facsimile:     (305) 995-5310 |
| | jwalker@cruiselaw.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on July 20, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic notices of Electronic Filing.

      /s/ James M. Walker
      James M. Walker (755990)

**SERVICE LIST**

| | |
|---|---|
| JAMES M. WALKER, ESQ.<br>FBN  755990<br>jwalker@cruiselaw.com<br>Walker & O'Neill, P.A.<br>Suite 430 Plaza 57<br>7301 S.W. 57th Court<br>Miami, FL 33143<br>Tel: (305) 995-5300/Fax: (305) 995-5310<br>*Attorney for Plaintiff*<br><br>JONATHAN B. ARONSON, ESQ.<br>FBN 434116<br>jaronson@aronsonlawfirm.com<br>Aronson Law Firm<br>P.O. Box 565130<br>Miami, FL 33256-5130<br>Tel: (305) 665-8626/Fax: (305) 665-3429<br>*Attorney for Plaintiff*<br><br>ROBERT M. KLEIN, ESQ.<br>FBN 230022<br>kleinr@stephenslynn.com<br>Stephens, Lynn, Klein, P.L.<br>9130 S. Dadeland Blvd., PH II<br>Two Datran Center<br>Miami, Florida 33156<br>Tel.: (305) 670-3700<br>Fax: (305) 670-8592<br>*Attorney for Jonathan B. Aronson, Esq.* | RANDY S. GINSBERG, ESQ.<br>FBN 185485<br>RGinsberg@rccl.com<br>PAUL J. HEHIR, ESQ.<br>FBN 0375410<br>phehir@rccl.com<br>Royal Caribbean Cruises, Ltd.<br>Legal Department<br>1050 Caribbean Way<br>Miami, Florida 33132<br>Tel: (305) 539-6327 or (305) 539-6161<br>Fax: (305) 539-8101<br>*Attorneys for Defendant*<br>*Royal Caribbean Cruises, Ltd.*<br><br>CURTIS J. MASE, ESQ<br>FBN 479083<br>cmase@mletrial.com<br>Mase Lara Eversole, P.A.<br>2601 S. Bayshore Drive, Suite 800<br>Miami, FL 33133<br>Tel: (305) 377-3770/Fax: (305) 377-0080<br>*Attorneys for Defendant*<br>*Royal Caribbean Cruises, Ltd.*<br><br>SANFORD L. BOHRER, ESQ.<br>sbohrer@hklaw.com<br>SCOTT D. Ponce, ESQ.<br>sponce@hklaw.com<br>Holland & Knight<br>701 Brickell Avenue<br>Suite 3000<br>Miami, Florida 33131<br>Tel: (305) 789-7678 or (305) 789-7575<br>Fax: (305) 789-7799<br>*Attorneys for Defendant*<br>*Royal Caribbean Cruises, Ltd.* |