UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-21650-CIV-MORENO/TORRES

CHARLENE I. JOHNSON

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian Corporation,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF WITHDRAWING MOTION TO DISQUALIFY AND REQUEST FOR LEAVE TO FILE CORRECTED MOTION

The Motion To Disqualify Plaintiffs' Counsel [DE 17] filed by undersigned counsel contains errors, for which undersigned counsel apologizes to the Court and Plaintiff's Counsel. In order to correct those errors, Defendant hereby withdraws the Motion to Disqualify Plaintiff's Counsel, and requests leave to file a corrected motion by a deadline to be set by the Court.

    Respectfully submitted,

    HOLLAND & KNIGHT LLP
    Attorneys for Defendant
    701 Brickell Avenue
    Suite 3000
    Miami, Florida 33131
    (305) 374-8500 (telephone)
    (305) 789-7799 (facsimile)

    /s/ Eric L. Ray
    Eric L. Ray (FBN 0029418)
    Email: eric.ray@hklaw.com

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Eric L. Ray

# 9666579_v1