## AFFIDAVIT OF AMY YARROW

BEFORE ME, an officer authorized to administer oaths, personally appeared Amy Yarrow, who upon duly sworn, depose and says:

1. My name is Amy Yarrow, I am over the age of twenty-one and am employed as Supervisor, and crew claims with Royal Caribbean Cruise, Ltd. ("RCL"). I have personal knowledge of the facts stated herein.

2. I have been employed with RCL for nine (9) years. I have been supervisor of crew claims since July 5, 2010.

3. I worked with Jonathan Aronson extensively when he was outside counsel for RCL.

4. Mr. Aronson was very often in our offices, more so than other outside counsel. He had a vendor badge which allowed him to come and go as he pleased, without having to stop at the security desk. His level of access at RCL was the same as mine.

5. If Mr. Aronson wished to learn information regarding claims, all he had to do was ask me or another adjuster and we would get the information for him without question. He did this many times.

6. Mr. Jonathan Aronson is also aware that RCL used outside companies to address safety issues onboard its ships.

7. As part of those investigations, Mr. Aronson provided legal advice about safety issues.


EXHIBIT B

8. As defense counsel for RCL, Mr. Aronson, at all times, had access to these safety issues. Mr. Aronson also attended a meeting addressing safety issues and was privy to the intimate knowledge addressed at this meeting.

9. Aronson was a central participant and advisor in developing RCL's strategies for keeping that information confidential.

10. Interestingly, Mr. Walker was the first Plaintiff's lawyer to request that safety information.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Amy Yarrow

SWORN TO and SUBSCRIBED before me, this 6th day of August, 2010 by Amy Yarrow, who is personally known to me.

_____
NOTARY PUBLIC
8/6/2010

My Commission expires



WENDY M. ZEPERNICK
MY COMMISSION # DD 824166
EXPIRES: October 20, 2012
Bonded Thru Budget Notary Services