UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 10-21650-CIV-MORENO/TORRES

CHARLENE I. JOHNSON,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.
a Liberian Corporation,

    Defendant.
_____/

**DEFENDANT'S NOTICE OF WITHDRAWING DEFENDANT'S FIRST
AMENDED MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL [D.E. 45]**

Defendant, ROYAL CARIBBEAN CRUISES, LTD., by and through undersigned counsel, hereby gives notice of withdrawing Defendant's First Amended Motion to Disqualify Plaintiff's Counsel [D.E. 45].

    Respectfully submitted,

    MASE LARA EVERSOLE, P.A.
    *Attorneys for Defendant*
    2601 South Bayshore Drive, Suite 800
    Miami, Florida 33133
    Telephone: (305) 377-3770
    Facsimile: (305) 377-0080

    By:   *-s-Scott P. Mebane*
        CURTIS J. MASE
        Florida Bar No. 478083
        cmase@mletrial.com
        SCOTT P. MEBANE
        Florida Bar No.: 273030
        smebane@mletrial.com

CASE NO.: 10-21650-CIV-MORENO/TORRES

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2010, I filed this document electronically. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Scott P. Mebane*
SCOTT P. MEBANE

**MASE LARA EVERSOLE**

CASE NO.: 10-21650-CIV-MORENO/TORRES

**SERVICE LIST**
**CHARLENE I. JOHNSON v. ROYAL CARIBBEAN CRUISES, LTD.**
**CASE NO.: 10-21650-CIV-MORENO/TORRES**
**SOUTHERN DISTRICT COURT OF FLORIDA**
**MIAMI DIVISION**

James M. Walker, Esq.
*Co-Counsel for Plaintiff*
Walker & O'Neill, P.A.
7301 S.W. 57th Court, Suite 430
South Miami, FL  33143
Telephone:  (305) 995-5300
Facsimile:  (305) 995-5310
**Email: jwalker@cruiselaw.com**

Jonathan Aronson, Esq.
*Co-Counsel for Plaintiff*
Aronson Law Firm
P.O. Box 565130
Miami, FL  33256
Telephone:  (305) 665-8626
Facsimile:  (305) 665-3429
**Email: jaronson@aronsonlawfirm.com**

Robert Michael Klein
*Counsel for Movant*
Stephens Lynn Klein. P. L.
9130 S Dadeland Boulevard, Penthouse I & II
Miami, FL 33156
Telephone: (305) 670-3700
Facsimile: (305) 670-8592
**Email: KleinR@stephenslynn.com**

18115/176

**MASE LARA EVERSOLE**